UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID N. DWIGGINS,

      Petitioner,

v.                                          Case No. 3:17cv247-MCR-CJK

UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA,

      Respondent.

_____/

## REPORT AND RECOMMENDATION

On April 20, 2017, the court ordered petitioner to, within 30 days: (1) submit a motion to proceed *in forma pauperis* or pay the $5.00 filing fee; and (2) file an amended petition for writ of habeas corpus on the Northern District of Florida's required form.  (Doc. 2).  Petitioner failed to comply with the order within the allotted time.  On May 23, 2017, the court ordered petitioner to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court.  To date, petitioner has not complied with the April 20th order or responded to the order to show cause.

Accordingly, it is respectfully RECOMMENDED:

1.      That the petition for writ of habeas corpus (doc. 1) be DISMISSED due

to petitioner's failure to prosecute and/or failure to comply with an order of the court.

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this 9th day of June, 2017.


*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**




<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.